November 17, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY, TX, Appellant

NO. 14-16-00905-CV                    V.

GASPAR ORLANDO GARCIA, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on November 1, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Harris County, TX.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.